UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARSIDE, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>COUNTY OF MARIN, et al.,<br><br>            Defendants. | Case No. 23-cv-04730-SK<br><br>**ORDER TO SHOW CAUSE** |

On October 25, 2023, Defendants informed the Court that Plaintiffs, proceeding pro se, failed to file a response to the motion to dismiss. (Dkt. Nos. 3, 10.) The Court will not manage this case for the Plaintiffs, and Plaintiffs must prosecute their case diligently. Therefore, Plaintiffs are HEREBY ORDERED to Show Cause in writing by no later than November 30, 2023, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs shall include, as an exhibit, any response to the motion to dismiss they wish to file. Plaintiffs are admonished that if no response is filed by this deadline, the Court will dismiss the action without prejudice.

In light of the forgoing, the hearing on the motion to dismiss is continued to January 8, 2024, at 9:30 a.m.

Further, the Court ADVISES Plaintiffs that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiffs that they also may wish to seek assistance from the Legal Help Center. Plaintiffs may

call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: November 7, 2023

_____
SALLIE KIM
United States Magistrate Judge